In the Matter of the Application of CHARLES RESS for Admission to the Bar. (From the State of Florida.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MARY APFELBERG, Respondent, v. ANNIE LAX, as Executrix, etc., of HARRY LAX, Deceased, and Others, Appellants.— The decision of this court handed down on June 23, 1930, ▌ is hereby amended to read as follows: Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of THOMAS L. HIGGINS, an Attorney.— Motion denied and proceeding dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline CHESTER BAFFA, an Attorney.— Report of official referee confirmed and charges dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FRANK BLUM, Appellant, v. THE NASSAU PURCHASING AND BUILDING CORPORATION and Others, Defendants. CHARLES KEMLEIN, Respondent.— Order of the County Court of Nassau county denying plaintiff's motion to confirm referee's report, and dismissing complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Rich, J., not voting.

REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE and Others, Defendants. TRACHSON BUILDING CORPORATION, Purchaser, Appellant.— The decision of this court handed down on June 23, 1930, ▌ is hereby amended to read as follows: Order and order on reargument, denying motion of purchaser-appellant to be relieved of its purchase, affirmed, with ten dollars costs and disbursements. (*Clarke* v. *Wollpert*, 128 App. Div. 203; *Hall-Mark Realty Corp.* v. *McGunnigle*, 253 N. Y. 395.) Closing of title set down for July 2, 1930, at ten A. M., at the place named in the terms of sale. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.